MDR

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sujan Thapa,

Petitioner,

v.

Luis Rosa, Jr., *et al.*,

Respondents.

No. CV-26-01531-PHX-JJT (CDB)

**ORDER**

Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 1441 challenging his immigration detention.

In his Petition, Petitioner states he is a citizen of Nepal who entered the United States without inspection and was detained by Customs and Border Protection officials on January 16, 2025. He applied for asylum, was determined to have a credible fear of persecution, and has been scheduled for hearings on the merits of his asylum application. He had a bond hearing on February 19, 2026, but the immigration judge determined he had not met his burden of demonstrating he did not present a flight risk and his release would not pose a danger to persons or property.

Petitioner contends his prolonged detention violates his Fifth Amendment due process rights. He seeks a bond hearing. The Court will require Respondents to answer the Petition.

. . . .

. . . .

TERMPSREF

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition (Doc. 1) on Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4) Petitioner may file a reply within **14 days** from the date of service of the answer.

(5) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(6) Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(7) This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 6th day of March, 2026.

Honorable John J. Tuchi
United States District Judge

TERMPSREF