**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sujan Thapa,

Petitioner,

v.

Luis Rosa, Jr., *et al.*,

Respondents.

No. CV-26-01531-PHX-JJT (CDB)

**ORDER**

By Order dated May 11, 2026, the Court granted the Petition and ordered that within seven days Petitioner be given a bond hearing comporting with the requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), including "a contemporaneous record of the hearing, and the Government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community." (Doc. 17 at 7). The Court further ordered that a status report be filed regarding the bond hearing within three days of the hearing. (*Id.*).

On May 13, 2026, the Government filed a Notice of Compliance, averring that "Petitioner received a bond redetermination hearing … where the burden was placed on the government pursuant to the Court's order and the Immigration Judge [] held that the Department of Homeland Security [] has met its burden of clear and convincing evidence as to flight risk." (Doc. 19). Approximately two hours later, Petitioner filed a Reply to the Notice, contesting that he had received a bond hearing that comported with the Court's May 11 Order. (Doc. 20). Specifically, Petitioner alleged that "the same Immigration

Judge who had previously denied bond on alleged flight-risk grounds again denied bond … relying on substantially the same generalized conclusions and failing to meaningfully weigh the evidence presented." (*Id.* at 3). Petitioner further seeks enforcement of the Court's May 11 Order. (*Id.* at 7).

**IT IS THEREFORE ORDERED** that Respondents must respond to the Reply (Doc. 20) no later than **5:00 P.M. MONDAY, MAY 18, 2026**. Respondents **MUST INCLUDE** with their response the transcript or audio recording of the May 13, 2026 bond redetermination hearing, and cite the evidence proffered by the Government that establishes by clear and convincing evidence that Petitioner is a flight-risk.

**IT IS FURTHER ORDERED** that Petitioner may file a further reply no later than **5:00 P.M. TUESDAY, MAY 19, 2026**.

Dated this 14th day of May, 2026.

Honorable John J. Tuchi
United States District Judge