**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sujan Thapa,

Petitioner,

v.

Luis Rosa, Jr., *et al.*,

Respondents.

No. CV-26-01531-PHX-JJT (CDB)

**ORDER**

At issue is Petitioner's Motion to Enforce (Doc. 20). In light of the new Petition properly taking up the issue (*See* CV-26-05573-PHX-JJT),

**IT IS HEREBY ORDERED** denying as moot Petitioner's Motion to Enforce (Doc. 20).

Dated this 12th day of August, 2026.

Honorable John J. Tuchi
United States District Judge